UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Christine Pocha,

    Plaintiff,

v.

Robert McDonald,

    Defendant.

CIVIL FILE NO. 15-cv-475 DWF/FLN

**PLAINTIFF'S NOTICE OF MOTION AND MOTION**

_____

TO: Defendant Robert McDonald, through his attorney, Assistant U.S. Attorney, David W. Fuller, 600 US Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on or before January 1, 2016, with District Court Judge Donovan W. Franklin presiding, at the United States District Court for the District of Minnesota, 300 South Fourth Street, Minneapolis, Minnesota 55415, counsel for Dr. Christine Pocha will move the Court for an Order reversing the final order of the Department of Veterans Affairs (VA), dated January 9, 2015 pursuant to 38 USCA 7462(f) and Administrative Procedure Act sections 701-706.

## **MOTION**

Plaintiff respectfully moves the Court for an Order reversing the decision of the Department of Veterans Affairs dated January 9, 2015. Plaintiff's Motion is based upon the judicial review of administrative records under the Administrative Procedure Act sections 701-706; pursuant to 38 USCA 7462(f); and the forthcoming Memorandum of Law, together with all files, records and proceedings herein.

Dated: August 17, 2015.

        Respectfully submitted;

        FONDUNGALLAH & KIGHAM, LLC

        <u>s/Michael Fondungallah</u>
        Michael A Fondungallah, # 0310748
        Attorneys for Plaintiff
        2499 Rice Street, Suite 145
        Saint Paul, MN 55113
        Tel: (651) 482-0520
        Fax: (651) 482-0530

        Attorneys for Plaintiff